# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-262
Lower Tribunal Nos. 20-235AP & 19-7256CC
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Multimed Care, Inc., a/a/o Erika Patricia Consuegra Romero**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

Michael J. Neimand, for appellant.

Feiler & Leach, P.L., and Martin E. Leach, for appellee.


Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

FERNANDEZ, C.J.

United Automobile Insurance Company ("United Auto") appeals the county court's order granting attorney's fees in favor of Multimed Care, Inc., entered without a mandatory evidentiary hearing. We reverse and remand for an evidentiary hearing to determine the reasonableness of attorney's fees only. See United Automobile Insurance Company v. Professional Medical Group, Inc., 46 Fla. L. Weekly D1102, D1102 (Fla. 3d DCA May 12, 2021) ("Florida law does not permit a trial court to substitute discovery procedures for an evidentiary hearing on unliquidated damages. . . . 'By requesting that the court hold an evidentiary hearing on the issue of attorney's fees, appellant[ ] preserved [its] right to a hearing.'")."

Reversed and remanded.